```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5

 6

 7

 8                 UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10  BOARD OF TRUSTEES OF THE SHEET METAL,  )   C 07 6062 JCS
    et al.,                                )
11                  Plaintiffs,            )
                                           )
12       vs.                               )   CONSENT TO
                                           )   JURISDICTION BY A
13  CAMFIL FARR INC.,                      )   UNITED STATES
                                           )   MAGISTRATE JUDGE
14                  Defendant.             )

15   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16         In accordance with the provisions of Title 28 U.S.C.,

17  Section 636 (c), the undersigned party in the above-captioned

18  civil matter hereby voluntarily consents to have a United States

19  magistrate judge conduct any and all further proceedings in the

20  case, including trial, and order the entry of a final judgment.

21  Appeal from the judgment shall be taken directly to the United

22  States Court of Appeals for the Ninth Circuit.

23  Dated:    December 18, 2007   ERSKINE & TULLEY

24                                By:/s/ Michael J. Carroll
                                     Michael J. Carroll
25                                   Attorneys for Plaintiffs

26

27

28

    CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
```