```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CAMFIL FARR INC., a Delaware corporation<br><br>                    Defendant.<br>_____ | NO.  C 07 6062 JCS<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

        Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DENNIS CANEVARI, TRUSTEE, hereby apply <u>ex parte</u> for an order to continue the Case Management Conference from March 7, 2008 to June 6, 2008.

        This <u>ex parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

        Dated: February 28, 2008

                          Respectfully submitted,

                          ERSKINE & TULLEY

                          By:<u>/s/ Michael J. Carroll</u>
                              Michael J. Carroll
                              Attorneys for Plaintiffs