```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　　vs. <br><br>CAMFIL FARR, INC., a Delaware corporation <br><br>　　　　　　　Defendant. | NO.  C 07 6062 JCS <br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　I, MICHAEL J. CARROLL, certify:

　　　　1.　I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF THE NORTHEN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DENNIS CANEVARI, TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

　　　　2.　Service was accomplished upon the only party in this

case on December 27, 2007. No responsive pleading was filed.

3. Defendant has contacted plaintiffs and produced most pertinent records and information needed to perform the requested audit.

4. It is requested that the Court continue the Case Management Conference some ninety days hence so the audit can be concluded and the case dismissed.

5. Good cause exists to grant plaintiffs' request for a continuance of the Case Management Conference currently set for March 7, 2008 to June 6, 2008 to allow the parties time to settle this case and avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 28, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On February 28, 2008 I served the within DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

John Vissers
Camfil Farr, Inc.
121 E Paulhan Street
Rancho Dominguez, CA 90220

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2008 at San Francisco, California.

                                    /s/Sharon Eastman
                                    Sharon Eastman