1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11
   BOARD OF TRUSTEES OF THE SHEET METAL)    NO.  C 07 6062 JCS
12 WORKERS, et al.,                       )
                                          )    ORDER TO CONTINUE CASE
13                      Plaintiffs,       )    MANAGEMENT CONFERENCE
                                          )
14          vs.                           )
                                          )
15                                        )
   CAMFIL FARR, INC., a Delaware          )
16 corporation                            )
                                          )
17                      Defendant.        )
18 _____)

19         IT IS ORDERED that the Case Management Conference in this

20 case set for March 7, 2008 be continued to June 6, 2008 at 1:30 p.m.

21 in Courtroom No. Courtroom A, 15th Floor, 450 Golden Gate Avenue,

22 San Francisco, CA  94102

23 Dated:_____         _____
                  Feb. 29, 2008
24                                      Hon_____. Spero

25                                      Judge Joseph C. Spero

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE