```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMFIL FARR, INC., etc., <br><br> Defendant. | NO.  C 07 6062 JCS <br><br> NOTICE OF VOLUNTARY <u>DISMISSAL</u> |

Notice is hereby given that plaintiffs dismiss the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for June 6, 2008

Dated:   May 28, 2008          ERSKINE & TULLEY

                               By: /s/ Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

1 | PROOF OF SERVICE BY MAIL

2 | I am a citizen of the United States and employed in the City and
3 | County of San Francisco, California. I am over the age of
4 | eighteen years and not a party to the within above entitled
5 | action; my business address is 220 Montgomery Street, Suite 303,
6 | San Francisco, California 94104. On May 28, 2008 I served the
7 | within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said
8 | action, by placing a true copy thereof enclosed in a sealed
9 | envelope with postage thereon fully prepaid, in the United
10 | States post office mail box at San Francisco, California,
11 | addressed as follows:

12 | **Camfil Farr Inc.**
**Attn: Ron Hilsabeck, Manager**
13 | **2121 E. Paulhan Street**
**Rancho Dominguez, CA 90220**

15 | I, DIANE ANDRADE, certify (or declare), under penalty of perjury
16 | that the foregoing is true and correct.
17 | Executed on May 28, 2008 at San Francisco California.

19 |                       /s/ Diane Andrade
                      Diane Andrade